James C. Shah (SBN 260435)
Email: jcshah@millershah.com
Kolin C. Tang (SBN 279834)
Email: kctang@millershah.com
**MILLER SHAH LLP**
8730 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

Christopher E. Roberts (SBN 363586)
Email: CRoberts@butschroberts.com
**BUTSCH ROBERTS & ASSOCIATES LLC**
7777 Bonhomme Avenue, Suite 1300
Clayton, Missouri 63105
Telephone: (314) 863-5700

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

JON C. HANSON, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

FREEDOM DEBT RELIEF, LLC,

Defendant.

Case No. 4:26-cv-00708-KAW

**NOTICE OF RESOLUTION**

Plaintiff Jon C. Hanson ("Plaintiff") by and through undersigned counsel and with the agreement and consent of Defendant Freedom Debt Relief, LLC, hereby gives notice that the parties have reached a resolution in principle with respect to this action. Plaintiff anticipates filing a notice of dismissal within thirty (30) days. Plaintiff hereby requests that the Court vacate any and all pending deadlines and stay the case for thirty (30) days to allow the parties to finalize their resolution without incurring additional legal expenses or burdening the Court's resources.

Respectfully submitted,

Dated: August 11, 2026

BUTSCH ROBERTS & ASSOCIATES LLC

/s/ Christopher E. Roberts
Christopher E. Roberts *(SBN 363586)*
7777 Bonhomme Avenue, Suite 1300
Clayton, MO 63105
Tel: (314) 863-5700
Fax: (314) 863-5711
Roberts@ButschRoberts.com

**MILLER SHAH LLP**

James C. Shah (SBN 260435)
Email: jcshah@millershah.com
Kolin C. Tang (SBN 279834)
Email: kctang@millershah.com
8730 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

*Attorneys for Plaintiff*