James C. Shah (SBN 260435)
Email: jcshah@millershah.com
Kolin C. Tang (SBN 279834)
Email: kctang@millershah.com
**MILLER SHAH LLP**
8730 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

Christopher E. Roberts (SBN 363586)
Email: CRoberts@butschroberts.com
**BUTSCH ROBERTS & ASSOCIATES LLC**
7777 Bonhomme Avenue, Suite 1300
Clayton, Missouri 63105
Telephone: (314) 863-5700

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

JON C. HANSON, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

FREEDOM DEBT RELIEF, LLC,

Defendant.

Case No. 4:26-cv-00708-KAW

**STIPULATION OF DISMISSAL; ORDER**

Plaintiff Jon C. Hanson ("Plaintiff") and Defendant Freedom Debt Relief, LLC ("Defendant"), in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all individual claims in Plaintiff's Class Action Complaint with prejudice, with any potential claims of the putative class members being dismissed without prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: November 12, 2026

BUTSCH ROBERTS & ASSOCIATES LLC

<u>*/s/ Christopher E. Roberts*</u>
Christopher E. Roberts *(SBN 363586)*
7777 Bonhomme Avenue, Suite 1300
Clayton, MO 63105
Tel: (314) 863-5700
Fax: (314) 863-5711
Roberts@ButschRoberts.com

**MILLER SHAH LLP**

James C. Shah (SBN 260435)
Email: jcshah@millershah.com
Kolin C. Tang (SBN 279834)
Email: kctang@millershah.com
8730 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

*Attorneys for Plaintiff*

MANATT, PHELPS & PHILLIPS, LLP

<u>*/s/ Patrice S. Ruane*</u>
Patrice S. Ruane (Bar No. CA 347128)
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Tel: (310) 312-4000
Email: PRuane@manatt.com

*Attorneys for Defendant Freedom Debt Relief, LLC*

